UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEO KELLY<br>    and<br>MARGARET KELLY<br>    and<br>JACK KELLY<br>    and<br>ROSS KELLY<br>1835 Still Hollow Court<br>Chesterfield, MO   63017<br>    Plaintiffs,<br>    v.<br>EVELYN UPCHURCH, Director<br>Texas Service Center<br>U.S. Department of Homeland Security,<br>U.S. Citizenship and Immigration<br>Services, in her official capacity,<br>as well as her successors and assigns,<br>4141 St. Augustine Road<br>Dallas, TX 75227<br>    and<br>PAUL NOVAK, Director<br>Vermont Service Center<br>U.S. Department of Homeland Security,<br>U.S. Citizenship and Immigration<br>Services, in his official capacity,<br>as well as his successors and assigns,<br>75 Lower Welden Street<br>St. Albans, VT 05479-0001<br>    and<br>EMILIO GONZÁLEZ,<br>Director, U.S. Citizenship &<br>Immigration Services, in his<br>official capacity, as well as his<br>successors and assigns,<br>20 Massachuseetts Ave., N.W.<br>Washington, DC  20529<br>    and<br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation,<br>in his official capacity,<br>as well as his successors and assigns,<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    COMPLAINT<br>)<br>)    UNDER 28 U.S.C. §1361<br>)<br>)    CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| **Washington, DC 20535-0001** | ) |
| **Defendants.** | ) |
| | ) |

## I. INTRODUCTION

1. This is a civil action brought to compel Defendants and those acting under them to adjudicate Plaintiffs' Applications to Register Permanent Residence or Adjust Status (Form I-485) and to complete the long pending security checks associated with this adjudication. Plaintiffs' applications for permanent residence were filed on August 6, 2004 and have remained pending since that date. As Defendants have failed to undertake their mandatory duty to complete the security checks and render a decision on these applications for adjustment of status to permanent residence after an extreme delay, Plaintiffs seek a writ of mandamus from this Honorable Court compelling Defendants to complete the security checks and to adjudicate Plaintiffs' applications for permanent residence. 28 U.S.C. §1361. Further, Plaintiffs seek to compel Defendants to complete the security checks and adjudicate Plaintiffs' applications for permanent residence pursuant to the Administrative Procedures Act (APA) because Defendants have "unlawfully withheld or unreasonably delayed" the completion of the security clearances and the adjudication of the adjustment applications. 5 U.S.C. §706(1).

## II. JURISDICTION AND VENUE

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1361 and §1331. This action is filed in response to unreasonable agency delay and failure to act on Plaintiffs' adjustment of status applications in violation of the Administrative Procedures Act ("APA"), 5 U.S.C.A. §702, as well as the failure to perform their mandatory duty to adjudicate these applications. Venue is properly with this Court because Defendants Gonzalez and Mueller,

in their official capacities, are residents of Washington, DC. Furthermore, a substantial portion of the events and/or omissions giving rise to the claim occurred within this judicial district. Therefore, venue is proper under 28 U.S.C. §1391(e)(1).

3. Plaintiff Leo Kelly is an adult individual who resides at 1835 Still Hollow Court, Chesterfield, MO 63017. He is lawfully in the U.S. pursuant to the previous grant of nonimmigrant status and the pending application for adjustment of status to permanent residence.

4. Plaintiffs Leo Kelly and Margaret Kelly are married adults who reside lawfully in the United States. Both Plaintiffs are natives and citizens of the United Kingdom. Plaintiff Margaret Kelly resides in the United States with Plaintiff Leo Kelly at 1835 Still Hollow Court, Chesterfield, Missouri 63017.

5. Plaintiffs Jack Kelly and Ross Kelly are the minor children of Plaintiffs Leo Kelly and Margaret Kelly. Both Plaintiffs are natives and citizens of the United Kingdom. They reside lawfully in the United States with their parents at 1835 Still Hollow Court, Chesterfield, Missouri 63017.

6. Evelyn Upchurch is the District Director of the Texas Service Center of the U.S. Citizenship and Immigration Service (USCIS) who is sued only her official capacity, as well as her successors and assigns. Plaintiffs' applications for adjustment of status were originally filed at the USCIS Vermont Service Center and were transferred from that office to the Texas Service Center in approximately March 2007. The Texas Service Center retains jurisdiction over the applications. The USCIS, through the Texas Service Center, has a mandatory duty to act on these applications for adjustment of status within a reasonable period of time.

7.      Paul Novak is the Center Director of the Vermont Service Center of the USCIS who is sued only in his official capacity, as well as his successors and assigns. The Vermont Service Center is located at 75 Lower Welden St.; Saint Albans, Vermont 05479. Plaintiffs filed their applications for adjustment of status with that office and they remained pending with that entity until USCIS transferred Plaintiffs' applications to the Texas Service Center.

8.      Emilio Gonzalez is the Director of the U.S. Citizenship and Immigration Services (USCIS) who is also sued only his official capacity, as well as his successors and assigns. The USCIS is headquartered at 20 Massachusetts Avenue, N.W., Washington, DC 20529. The USCIS is assigned the adjudication of immigrant visa petitions as well as applications for permanent residence status under §245 of the Immigration and Nationality Act (INA).

9.      Robert S. Mueller, III, is the Director of the Federal Bureau of Investigation, who is also sued only his official capacity, as well as his successors and assigns, whose duties include ensuring timely completion of all requests made by the USCIS for security clearances. The FBI is headquartered at the J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, DC 20535-0001.

### III. BACKGROUND

10.     Plaintiff Leo Kelly and his derivative family members are eligible for adjustment of status to permanent residence under the employment based first preference category for permanent residence as Plaintiff Leo Kelly is the beneficiary of an approved Immigrant Petition for Alien Worker by Solae, LLC. that qualifies him as a multinational

executive and manager, the highest priority worker, pursuant to Section 204(a)(1)(F) of the Immigration and Nationality Act ("INA"), 8 U.S.C. §1154(a)(1)(F).

11. On August 6, 2004, Plaintiffs filed Applications for Adjustment of Status pursuant to §245 of the INA, 8 U.S.C. §1255, to obtain lawful permanent residence status. At the time Plaintiff Leo Kelly was in fully lawful status under the L-1A visa category. See §101(a)(15)(L), 8 U.S.C. §1101(a)(15)(L), and 8 C.F.R. §214.2(l). Plaintiffs Margaret Kelly, Jack Kelly and Ross Kelly were lawfully in L-2 non-immigrant status as derivatives of Plaintiff Leo Kelly. See §101(a)(15)(L), 8 U.S.C. §1101(a)(15)(L), and 8 C.F.R. §214.2(l). They were, and remain, fully eligible for adjustment of status to permanent residence.

12. The adjudication procedure involves the applicant's submission of the Application for Adjustment of Status (Form I-485). Plaintiffs properly filed their I-485 applications with the Vermont Service Center on August 6, 2004. However, the I-485 applications were transferred without Plaintiffs consent to the Texas Service Center, and it is now the duty of the Texas Service Center to adjudicate the applications in a timely manner.

13. Plaintiffs have complied with all requests made by the USCIS to have their fingerprints and biometrics captured. They have provided all information requested by the agency and have complied with all appointment notices.

14. Plaintiffs have made inquiries with Defendants in order to ascertain the status of their long pending applications for permanent residence and to determine if there is anything that can be done to assist Defendants in completing processing on these applications. In Defendants' responses to Plaintiffs' inquires, Defendants admit that their adjudication of these matters has been untimely, that Defendants have delayed adjudicating Plaintiffs' applications,

and that the delay is open-ended because of pending "security checks." See Exhibit 1 (Status Inquiries).

15. Therefore, Plaintiffs are unable to resolve this matter through administrative channels and mandamus and APA relief are the only viable means of obtaining the completion of the security checks and the adjudication of Plaintiffs' applications for adjustment of status.

16. It is the stated goal of the USCIS to complete all adjudications within six months. According to USCIS' standard processing times of August 16, 2007, the Texas Service Center is now routinely adjudicating employment based Applications to Register Permanent Residence or Adjust Status (Form I-485) that were filed on October 27, 2006. See Exhibit 2 (Processing Times posted on USCIS Website).

17. Therefore, Plaintiffs' I-485 applications have been pending for approximately 22 months beyond Defendants' standard processing times.

## IV. STATUTORY AND REGULATORY FRAMEWORK

18. The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

19. Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. §1361.

## V. CLAIM FOR RELIEF

20. Defendants have unreasonably delayed and failed to perform a mandatory action in completing security clearances and adjudicating Plaintiffs' applications for adjustment of status filed more than three years ago, thereby depriving Plaintiffs of the benefits of U.S. permanent residence.

21. Defendants' are duty bound to complete the security checks and adjudicate Plaintiffs' applications for adjustment of status to permanent residence and have unreasonably failed to perform these duties.

22. Plaintiffs have exhausted any administrative remedies that may exist. No other remedy exists for Plaintiffs to resolve Defendants' delay.

WHEREFORE, Plaintiffs pray that the Court:

(1) Compel Defendants and those acting under them to perform their duties to complete the security clearances and adjudicate Plaintiffs' applications for adjustment of status to permanent residence;

(2) Grant such other and further relief as this Court deems proper under the circumstances; and

(3) Grant attorney's fees and costs of court.

Respectfully submitted,

Thomas A. Elliot, Esquire
Elliot & Mayock, LLC
Suite 1250
1629 K Street, N.W.
Washington, DC 20006
202-429-1725
D.C. Bar # 259713

Daniel M. Rudnick, Esq.
Steel, Rudnick and Ruben
Attorney for Plaintiff
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333
PA Bar # 201481

Date:   September 4, 2007



U.S. Department of Homeland Security
75 Lower Welden Street
St Albans, VT 05479

U.S. Citizenship
and Immigration
Services

January 30, 2007

LEO KELLY
1835 STILL HOLLOW COURT
CHESTERFIELD MO  63017

A Number                     A098482952
File Receipt Number          EAC0423350331
Beneficiary:
Applicant/Petitioner Name    KELLY, LEO

Dear Sir/Madam:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

1-800-375-5283

If you would like more information about Immigration Security Checks, please visit our website at **www.uscis.gov/pressroom** for the April 2006 fact sheet.

FINAL NOTE: Title 8, Code of Federal Regulations, Section 265.1 states in pertinent part, "Except for those exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of the Act shall report each change of address and new address within 10 days on Form AR-11."

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director

www.uscis.gov                    S

**Jack Doebley**

| | |
|---|---|
| From: | Lawrence H. Rudnick |
| Sent: | Tuesday, December 20, 2005 11:14 AM |
| To: | Jack Doebley |
| Subject: | FW: [[NEWSENDER]] - Vermont Service Center Inquiry Form From Lawrence Rudnick - Message is from an unknown sender |

-----Original Message-----
From: lrudnick@srrlaw.us [mailto:lrudnick@srrlaw.us]
Sent: Tuesday, December 20, 2005 10:49 AM
To: vscliaison@aila.org
Cc: Lawrence H. Rudnick
Subject: [[NEWSENDER]] - Vermont Service Center Inquiry Form From Lawrence Rudnick - Message is from an unknown sender

Date: 12/20/2005

We are in receipt of your Service Center Liaison Assistance Form. Below are your responses. Please print out and keep for your files.

Attorney's Name: Lawrence Rudnick
Attorney's Address: 1608 Walnut Street, Suite 1500 Attorney's City: Philadelphia Attorney's State: PA Attorney's Zip: 19103
Email: lrudnick@srrlaw.us
Phone: 215-546-4333
Fax: 215-546-4222

Firm: Steel, Rudnick & Ruben
Member No: 890

Form_Type: I-485 Employment based

Other_Type:

I824 Case Type:

I485 Current: Yes

G-28 Attorney: Lawrence H. Rudnick

App_Name: Leo Kelly

BenA_Name: Leo Kelly
BenA_Birth: 02/18/1963
BenA_Anumber: 98 482 952
BenA_Receipt_No: EAC-04-233-50331

BenB_Name:
BenB_Birth:

1

BenB_Anumber:
BenB_Receipt_No:

BenC_Name:
BenC_Birth:
BenC_Anumber:
BenC_Receipt_No:

Problem: I-485 filed 08/06/2004 based on EB-1 I-140 approval. VSC now processing cases with receipt dates of 12/01/2004. Priority date is current. Case is overdue for decision.

Receipt_Date: August 6, 2004

NCSC_Contact_DateA: November 8, 2005
NCSC_ResponseA: Spoke with Agent Kelly. I-485 case status inquiry submitted. Would get update from VSC within 30 days.
NCSC_ActionA: no

NCSC_Contact_DateB: 0 0, 0
NCSC_ResponseB:
NCSC_ActionB:

NCSC_Contact_DateC: 0 0, 0
NCSC_ResponseC:
NCSC_ActionC:

RFE A: no
RFE Response Date A: 0 0, 0
RFE Response A:

RFE B:
RFE Response Date B: 0 0,
RFE Response B:

RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship and Immigration Services**

Thursday, December 15, 2005

LAWRENCE H RUDNICK
STEL RUDNICK AND RUBEN
1608 WALNUT ST STE 1500
PHILEDELPHIA  PA  19103

**ATTORNEY/PARALEGAL COPY**

LEO KELLY
1835 STILL HOLLOW CT
CHESTERFIELD MO 63017

Dear LEO KELLY:

On 11/09/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | PRINCIPE, ANGELINA |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | LAWRENCE H RUDNICK |
| **Case type:** | I485 |
| **Filing date:** | 08/06/2004 |
| **Receipt #:** | EAC-04-233-50331 |
| **Beneficiary (if you filed for someone else):** | KELLY, LEO |
| **Your USCIS Account Number (A-number):** | A098482952 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your cases have been delayed. We are currently awaiting the results of required security checks on these cases. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on these cases as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



Home  Contact Us  Site Map  FAQ

Search 

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room

[ Print This Page ]  [ Back ]

## U.S. Citizenship and Immigration Services
## Texas Service Center Service Center Processing Dates
## Posted August 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Texas Service Center** Posted August 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | February 13, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | May 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | July 31, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | July 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | July 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | June 15, 2007 |
| I-131 | Application for Travel Document | All other applicants for advance parole | May 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | February 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | February 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | February 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | February 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | February 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | February 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | February 13, 2007 |

| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | February 13, 2007 |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 07, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | October 27, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2001 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | February 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 15, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 15, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 14, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | December 29, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | February 13, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | May 29, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | July 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | May 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | May 29, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | May 29, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | May 29, 2007 |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
KELLY, Leo

## DEFENDANTS
UPCHURCH, Evelyn, Director Texas Service Center USCIS
NOVAK, Paul, Director Vermont Service Center
GONZALEZ, Emilio Director USCIS
MUELLER Robert S III Director Federal Bureau of Investigation

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    St. Louis, MO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Dallas, TX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006
202-429-1725

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. Section 1361 and 5 U.S.C. Section 702

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 9/7/2007    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.