UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
LEO KELLY, et al.                           )
                                            )
                Plaintiffs,                 )
                                            )
        v.                                  )   Case Number: 1:07CV1601(RBW)
                                            )
EVELYN UPCHURCH, Director, Texas            )
Service Center, U.S. Department of          )
Homeland Security, et al.                   )
                                            )
                Defendants.                 )
_____)

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF AND TO OPPOSE PLAINTIFF'S SUMMARY JUDGMENT MOTION**

Defendants Evelyn Upchurch, et al., through undersigned counsel, hereby seek an enlargement of time in which to file a reply in support of their motion to dismiss or in the alternative to transfer, and in which to oppose Plaintiff's summary judgment motion. Defendants' reply currently is due December 7, 2007, and Defendants' opposition currently is due December 11, 2007. Defendants request that their reply be due December 12, 2007, and that their opposition be due January 3, 2008. In accordance with Local Civil Rule 7(m), counsel for Defendant contacted Plaintiff's counsel to request Plaintiff's position on this motion; however Plaintiff had not yet responded as of the time this motion was filed.

There is good cause to grant this motion. Counsel for Defendants inadvertently recorded an incorrect deadline for Defendants' reply in support of the motion to dismiss, and therefore has not yet drafted Defendants' reply. Counsel believed that the reply was due Wednesday December 12, 2007. The undersigned became aware of that mistake today, when updating her calendar to reflect the deadlines for another matter. To submit the reply, counsel must draft the brief and send it to agency counsel for review. Because counsel mis-calendared the deadline,

Defendants are unable to complete those tasks in advance of today's filing deadline. In addition, counsel's demanding schedule --- including a temporary restraining order opposition filed December 3, 2007, a TRO hearing December 5, 2007, and a motion to dismiss filed December 5, 2007 --- has significantly limited the amount of time counsel could devote to this reply brief over the last ten days. Defendants therefore seek a three business-day enlargement of the deadline for the reply, to permit counsel and the Defendant agencies to prepare and review the reply.

Defendants also seek a 23-day enlargement of time to oppose Plaintiff's summary judgment motion. As explained in Defendants' pending motion to transfer, the USCIS field office that is processing the application at issue in this case is located in Texas. As a result, counsel for Defendants must consult with USCIS employees in Texas in order to obtain the information necessary to respond to Plaintiff's factual allegations and prepare a summary judgment opposition. The impending holidays also will affect the speed at which counsel for Defendants can obtain that information and prepare Defendants' opposition. The requested 23-day enlargement of time also will allow counsel for Defendants to honor her commitments in other matters, including two Title VII cases in active discovery with depositions scheduled this month, and a constitutional class action in which several depositions have been scheduled for the remainder of this month.

Defendants also seek permission to submit this enlargement motion less than four business days in advance of the current deadlines. As explained above, counsel for Defendant mis-recorded the deadline for filing the reply and opposition, and therefore was unaware that the enlargement of the reply brief would be necessary, and that the summary judgment opposition was due in less than four business days.

1

     This is the first motion for enlargement of time that Defendants have filed in this matter, and neither party has moved for or obtained an enlargement thus far. The requested enlargements will not affect any other deadlines. Granting this enlargement should cause no prejudice. A proposed order is attached hereto.

Dated: December 7, 2007                          Respectfully submitted,

                                              /s/  by RMM
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                       United States Attorney

                                              /s/   by RMM
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney

                                              /s/ Robin M. Meriweather
                                       ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                       Assistant United States Attorney
                                       555 Fourth St., N.W.
                                       Washington, D.C.  20530
                                       Phone: (202) 514-7198 Fax: (202) 514-8780
                                       Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEO KELLY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EVELYN UPCHURCH, Director, Texas )<br>Service Center, U.S. Department of )<br>Homeland Security, et al. )<br>)<br>Defendants. )<br> | Case Number: 1:07CV1601(RBW) |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is this _____ day of _____, 2007,

ORDERED that the Motion for Enlargement of Time be and hereby is GRANTED;

it is further ORDERED that Defendants shall file their reply in support of their motion to dismiss on or before December 12, 2007, and that Defendants' opposition to Plaintiff's motion for summary judgment is due on or before January 3, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE