UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEO KELLY, MARGARET KELLY, JACK KELLY, & ROSS KELLY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EVELYN UPCHURCH, Director, Texas Service Center, United States Citizenship & Immigration Services, et al.,<br><br>　　　　Defendants. | Case Number: 1:07CV1601 (RBW) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

　　　　　　　　　　　Respectfully submitted,

| /s/ by RMM | /s/ |
|---|---|
| THOMAS ELLIOT, D.C. BAR # 259713 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| FABIENNE CHATAIN | United States Attorney |
| Elliot & Mayock, LLC |  |
| Suite 1250, 1629 K Street NW | /s/ |
| Washington, DC 20006 | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| (202) 429-1725 | Assistant United States Attorney. |
|  |  |
| DANIEL M. RUDNICK | /s/ Robin M. Meriweather |
| Steel, Rudnick & Ruben | ROBIN M. MERIWEATHER, D.C. Bar #490114 |
| 1608 Walnut Street, Suite 1500 | Assistant United States Attorney |
| Philadelphia, PA 19103 | 555 Fourth Street, N.W. |
|  | Washington, D.C. 20530 |
| *Counsel for Plaintiffs* | Phone: (202) 514-7198; Fax (202) 514-8780 |
|  | Robin.Meriweather2@usdoj.gov |
|  |  |
|  | *Counsel for Defendants* |
| Dated: February 19, 2008 |  |